FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 21 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHY CRISLER,<br><br>            Plaintiff,<br><br>      v.<br><br>LINDA S. MCMAHON,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | CASE NO. C06-313 MJP<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows. It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REVERSES AND REMANDS the decision of the Commissioner of Social Security.

DATED this __21__ day of __Feb.__, 2007.

MARSHA J. PECHMAN
United States District Judge

06-CV-00313-ORD

ORDER